THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MAURICE PIERCE, Appellant. [718 NYS2d 629] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Barros, J.), rendered June 29, 1999, convicting him of attempted criminal possession of a weapon in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, his voluntary, knowing, and intelligent waiver of his right to challenge any rulings made by the Supreme Court encompassed his right to review the denial of those branches of his omnibus motion which were to suppress physical evidence and statements he made to law enforcement officials (*see, People v Kemp,* 94 NY2d 831; *People v Brathwaite,* 263 AD2d 89; *People v Toye,* 264 AD2d 401). Accordingly, review of the issues raised by the defendant on this appeal is precluded. Ritter, J. P., S. Miller, Goldstein and Smith, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALIK SHABAZZ, Appellant. [718 NYS2d 629] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Latella, J.), rendered February 7, 2000, convicting him of robbery in the first degree and robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's plea of guilty was knowingly, voluntarily, and intelligently entered (*see, People v Harris,* 61 NY2d 9). We reject the defendant's contention that the court erred in denying his motion to withdraw his plea of guilty without holding a hearing (*see, People v Quijada-Lopez,* 256 AD2d 478; *People v Bonds,* 254 AD2d 430).

The defendant's remaining contentions are without merit. O'Brien, J. P., Krausman, Goldstein and Schmidt, JJ., concur.